# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| STEVEN SAMUEL BRAUNSTEIN,<br>Petitioner,<br>vs.<br>THE EIGHTH JUDICIAL DISTRICT<br>COURT OF THE STATE OF NEVADA,<br>IN AND FOR THE COUNTY OF<br>CLARK,<br>Respondent,<br>  and<br>ACTING COURT ADMINISTRATOR, A.<br>NAUNEC-MILLER; AND CLERK,<br>STEVEN GRIERSON,<br>Real Parties in Interest. | No. 77852<br><br>FILED<br><br>JAN 1  2019<br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY<br>DEPUTY CLERK |

## *ORDER DENYING PETITION*

This is an original pro se petition for a writ of mandamus in a criminal matter. Having considered the petition, we are not persuaded that our extraordinary and discretionary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). Additionally, we decline to intervene because petitioner failed to submit an adequate appendix for our review. *See* NRS 34.160; NRAP 21(a)(4). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Gibbons

_____, J.
Pickering

_____, J.
Hardesty

19-02882

cc: Steven Samuel Braunstein
Attorney General/Carson City
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A